■ In the Matter of DELMAR C., Appellant. ONEIDA COUNTY ATTORNEY, Respondent. (Appeal No. 2.) [617 NYS2d 667] —Order unanimously reversed on the law without costs, admission vacated and matter remitted to Oneida County Family Court for further proceedings on the petition. Same Memorandum as in *Matter of Delmar C.*, 207 AD2d 998 [decided herewith]). (Appeal from Order of Oneida County Family Court, Morgan, J.— Violation of Probation.) Present—Denman, P. J., Pine, Lawton, Wesley and Davis, JJ.

■ In the Matter of ROBERTA G. WILLIAMS, Respondent, v COUNTY OF CAYUGA et al., Appellants. [617 NYS2d 678] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Contiguglia, J. (Appeal from Judgment of Supreme Court, Cayuga County, Contiguglia, J.— Article 78.) Present—Denman, P. J., Pine, Lawton, Wesley and Davis, JJ.

■ In the Matter of RAYMOND TORRES, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of Department of Correctional Services, et al., Respondents. [617 NYS2d 675] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.— Article 78.) Present—Green, J. P., Balio, Fallon, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELEDYS DIAZ, Appellant. [617 NYS2d 675] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Green, J. P., Balio, Fallon, Doerr and Boehm, JJ.